# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-0854-AG(MLGx) | Date | February 23, 2009 |
|---|---|---|---|
| Title | NICHOLAS CIRULLI v. HYUNDAI MOTOR AMERICA | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| S. Mikhail for Lisa Bredahl | Denise Paddock | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Amy Wilkins | Todd E. Gordinier |
| Robert Carey | Michael Kidney |

**Proceedings:**     SCHEDULING CONFERENCE

Cause is called for hearing and counsel make their appearances.  Court and counsel confer.

The Court sets the following dates:

Discovery Cut-Off Date is February 18, 2010.

A Pretrial Conference is set for May 3, 2010, at 8:30 a.m.

A Jury Trial is set for May 18, 2010 at 9:00 a.m.  Court sets the length of the trial at 12 days.

Scheduling Order Specifying Procedures is signed and filed this date.

:     10

Initials of Preparer    sdm