1 | Elaine T. Byszewski (SBN 222304)
2 | Hagens Berman Sobol Shapiro LLP
   | 700 South Flower Street, Suite 2940
3 | Los Angeles, CA 90017
   | Tel. (213) 330-7150
4 | Fax (213) 330-7152
   | E-mail: elaine@hbsslaw.com
5 |        -and-
   | Steve W. Berman
6 | Hagens Berman Sobol Shapiro LLP
   | 1301 Fifth Avenue, Suite 2900
7 | Seattle, WA 98101
   | Telephone: (206) 623-7292
8 | Facsimile: (206) 623-0594
   | E-mail: steve@hbsslaw.com
9 |

10 | *Attorneys for Plaintiff and the Class*

11 | *Additional counsel listed on signature page*

12 |

13 |                    UNITED STATES DISTRICT COURT

14 |                    CENTRAL DISTRICT OF CALIFORNIA

15 |

16 | NICHOLAS CIRULLI and ROBERT D'ELIA,  )   Case No. SACV08-00854 AG(MLGx)
   | individually and on behalf of all others similarly )
17 | situated,                            )
   |                                      )   FOURTH AMENDED CLASS ACTION
18 |                          Plaintiffs, )   COMPLAINT
   |                                      )
19 |     v.                               )
   |                                      )
20 | HYUNDAI MOTOR COMPANY and            )
   | HYUNDAI MOTOR AMERICA,               )
21 |                                      )   **JURY TRIAL DEMANDED**
   |                          Defendants. )
22 |

23 |

24 |

25 |

26 |

27 |

28 |

    | Case No. SACV08-00854 AG(MLGx)

Plaintiffs Nicholas Cirulli and Robert D'Elia (together, "Plaintiffs"), by their counsel, individually and on behalf of all others similarly situated, hereby tender the following Fourth Amended Class Action Complaint and Demand for Jury Trial:

## I.   OVERVIEW

1.      Plaintiffs bring this class and representative action on behalf of a Class defined as: "All persons who purchased and/or currently own a 1999-2004 Hyundai Sonata or a 2001-2004 Hyundai XG300 or XG350 ('the Class')." Plaintiffs each purchased a Hyundai Sonata during the Class Period.

2.      This action seeks relief for injuries sustained as a result of the design, manufacture, marketing, and sale of 1999-2004 model year Sonatas and model year 2001-2004 XG300s and XG350s (hereinafter, "Sonatas") by Defendants Hyundai Motor Company and Hyundai Motor America (collectively, "Hyundai" or "Defendants"). The Sonatas[1] were constructed and sold with a sub-frame design that renders their sub-frames unusually vulnerable to premature oxidation and corrosion, and consequently structural deterioration, because their sub-frames lack a sufficient number of drain holes located in proper positions to permit the evacuation of moisture and other corrosive elements from the inside of the sub-frame (the "defective drain hole design"). The defective drain hole design also prevented Hyundai from treating the sub-frame adequately with paint, which prevents corrosion.

3.      Defendants quickly learned that the defective drain hole design caused premature corrosion and structural deterioration, which could lead to suspension failure and sudden steering loss in the Sonatas. Nevertheless, Defendants intentionally and uniformly failed to disclose this defect to the Class. Defendants' failure to disclose the defective drain hole design constitutes both an actionable misrepresentation, and an unfair, unlawful, fraudulent, and deceptive business practice in violation of California's consumer protection law.

4.      Defendants quietly changed the Sonata sub-frame design late in 2003 for the 2004 model year to add holes to the sub-frame and improve paint coverage. Unfortunately for Class

---

[1] The XG300 and XG350s were manufactured with the same sub-frame as the Sonata. The XG300 and XG350s are, in essence, a "stretched" Sonata with different styling.

1    members, the hidden and progressive nature of the premature corrosion, which manifests during

2    the warranty period, often goes undetected until after the warranty period expires, when the

3    corrosion is so advanced that it creates a visibly unsafe condition or, worse, leads to a sudden and

4    catastrophic structural failure of the sub-frame during vehicle operation.

5        5.    Plaintiffs and the Class have been damaged by Defendants' concealment and non-

6    disclosure of the defective drain hole design, because they were misled into purchasing Sonatas of

7    a quality different than they were promised, and/or paying repair and replacement costs that they

8    would not otherwise have paid.

9                        **II.    JURISDICTION**

10        6.    This Court has subject-matter jurisdiction over this representative action pursuant to

11   Bus. & Prof. Code §§ 17204 and 17535.  This Court has personal jurisdiction over the parties

12   because Plaintiffs submit to the jurisdiction of the Court, Defendant Hyundai America's principal

13   place of business is located in Fountain Valley, California, and a substantial portion of the

14   wrongdoing alleged in this Complaint took place in California, so as to render the exercise of

15   jurisdiction over it by California courts permissible under traditional notions of fair play and

16   substantial justice.

17        7.    Venue is proper in this Court pursuant to Bus. & Prof. Code §§ 17204 and 17535

18   and Civ. Code § 1780(c) because Defendants conduct business in the County of Orange and in the

19   State of California, including marketing, advertising, and sales directed to California residents.

20   Further, at all times mentioned in this Complaint, Defendants made misrepresentations and

21   material omissions to residents of the County of Orange and the State of California.

22        8.    The amount in controversy exceeds the jurisdictional minimum of the California

23   state court.  This case was filed in California Superior Court.  On July 1, 2008, Defendant filed a

24   Notice of Removal under 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1453.

25                        **III.   PARTIES**

26        9.    Plaintiff Nicholas Cirulli is an adult citizen and resident of the Commonwealth of

27   Pennsylvania.  On July 7, 1999, Cirulli purchased a new 1999 Hyundai Sonata with the defective

28   drain hole design from a Hyundai dealership.  On May 10, 2007, Cirulli was driving his Sonata.

                                -2-

As he slowed to approach a stop sign, his Sonata made a loud crunching noise. Cirulli momentarily lost control of his Sonata as it veered to the right and came to a sudden stop just short of the intersection. Cirulli's Sonata looked as if the front right wheel had broken off, and would no longer move. The odometer read 83,412 miles. Shortly thereafter, Cirulli learned that his Sonata had experienced a front sub-frame failure due to excessive corrosion. In May 2007, Cirulli contacted Hyundai's agent for the presentation of warranty claims, requested coverage for the cost of his sub-frame replacement, and was refused because he was told that damage resulting from corrosion was not covered under Hyundai's warranty. Cirulli paid out-of-pocket about $2,000 to have his rusted sub-frame replaced, and he has not received any reimbursement for this payment from Hyundai.

10.     Plaintiff Robert D'Elia is an adult citizen and resident of the State of New Jersey. In November 2001, D'Elia purchased a new 2002 Sonata. Before the express warranty expired, D'Elia noticed corrosion on the Sonata's sub-frame while his Sonata was on a lift being serviced for a recurring squeaky brake problem. Ultimately, corrosion perforated the sub-frame of D'Elia's Sonata, requiring D'Elia to replace the sub-frame in August 2008 at an out-of-pocket cost of $1,498.00. D'Elia has not received any reimbursement for this payment from Hyundai.

11.     Defendant Hyundai Motor Company ("HMC") is a Korean corporation headquartered in Seoul, Korea. HMC is the parent corporation of Defendant Hyundai Motor America ("Hyundai America"). At all relevant times, HMC was actively involved in designing, manufacturing, assembling, marketing, distributing, and selling Hyundai Sonatas sold in the United States and throughout the world. HMC reputedly employs a "top-down" approach to controlling and managing Hyundai America, using a team of "coordinators" located in Hyundai America's facilities in California and elsewhere in the United States to micromanage Hyundai America's operations, including the monitoring of decision-making and approval of major decisions and many minor decisions at Hyundai America.

12.     Defendant Hyundai America is a California corporation with its national headquarters in Fountain Valley, California. Hyundai America is a subsidiary of HMC. At all relevant times, Hyundai America was actively involved, from its facilities and also from the Irvine,

- 3 -

Case No. SACV08-00854 AG(MLGx)

California Hyundai & Kia California Design & Technical center, in designing, manufacturing, assembling, marketing, distributing, and selling Hyundai Sonatas sold in the United States.  From its headquarters in Fountain Valley, California, Hyundai America also operates the Hyundai Consumer Assistance Center, where consumers may request clarification on vehicle concerns and must send all official notification, and the Hyundai Motor Finance Company, an entity that provided financing to Hyundai purchasers nationwide.

## IV.   FACTUAL ALLEGATIONS

**A.   What Is A Sub-Frame?**

13.   A sub-frame is a rigid metal structure that consists of several pressed steel pieces joined together in a D-shape.  *See* Figure 1.



Figure 1 - *Hyundai Sonata sub-frame*

14.   A sub-frame is installed on the underside of a car between the front wheels.  *See* Figure 2.

-4-

Case No. SACV08-00854 AG(MLGx)



Figure 2 – *Installed Hyundai Sonata sub-frame*

15.     Sub-frames are an integral structural component.  They not only serve as the sole steering system support for a car, but also anchor the front suspension components.

16.     Sub-frames have no moving parts, are not serviced components, and are not the subject of regular inspections by mechanics or auto service professionals.

**B.     The Importance Of Sub-Frame Drainage And Air Circulation**

17.     Sub-frames are manufactured from pressed steel shapes joined together by a seam weld.  Some parts of the sub-frame have a hollow interior cavity, like a flattened tube.  Others are more open, like a tray.

18.     During normal vehicle operation, water, dirt, mud, and salt migrate from the road and settle into the sub-frame.

19.     Unless a mechanism is provided to remove these road materials, they begin to oxidize, corrode, and deteriorate the sub-frame and its surrounding components.

20.     Car manufacturers typically counter the problems of road material accumulation and sub-frame corrosion by placing drain holes in the bottom of the sub-frame.  Such holes permit the migration of water, dirt, mud, and salt out of the sub-frame, and encourage air circulation inside the sub-frame.  *See* Figures 3-4.

Case No. SACV08-00854 AG(MLGx)



*Figures 3-4 - Typical sub-frame with arrows indicating drain holes*

**C.     The Lack Of Drainage And Air Circulation In The Sonata Sub-Frame**

21.     The sub-frame Hyundai designed, manufactured and installed in 1999-2004 model year Sonatas ("the Sonata sub-frame") was designed and/or manufactured without a sufficient number of drain holes located in proper areas of the sub-frame to permit the migration of road water, dirt, mud, and salt from its interior cavity and tray areas, and encourage air circulation inside the sub-frame. *See* Figures 5-6.



*Figures 5-6 – Lack of drain holes in Hyundai Sonata sub-frame*

22.     As a result, water, dirt, mud, and salt were far more likely to collect in the Sonata sub-frame, and to oxidize, corrode, and deteriorate both the sub-frame and its surrounding

- 6 -

1    components.

2    **D.    Defects In The Sonata Sub-Frame**

3        23.    The Sonata sub-frame is defective, in part, because of its lack of functional drain

4    holes located in proper areas of the sub-frame, which means water and other corrosive elements get

5    trapped inside the sub-frame during normal use, thereby rendering the sub-frame and surrounding

6    parts extremely vulnerable to oxidation, corrosion, and structural deterioration.

7        24.    The defective drain hole design leads to structural deterioration and can cause the

8    sudden and unexpected failure of the sub-frame, leading to a loss of vehicle control.

9        25.    The extent of oxidation, corrosion, and structural deterioration experienced by the

10    Sonata sub-frame is entirely disproportionate to the age of these vehicles, regardless of their

11    environment.  *See* Figure 7.

12



Figure 7 – *Corroded Sonata sub-frame*

- 7 -

26.   The Sonata sub-frame is also defective because the defective drain hole design prevented Hyundai from coating the sub-frame with paint, which acts as anti-corrosion protection and acts as a barrier against rust.

27.   The defective drain hole design and absence of paint made the Sonata sub-frame unusually susceptible to rust, and caused premature corrosion, oxidation, and structural deterioration within the 60 month, 60,000-mile warranty period.  For example, Hyundai has received customer reports of sub-frame corrosion in Sonatas with 38,879 miles, 43,444 miles, and 47,561 miles, and Plaintiff D'Elia observed advanced corrosion in his sub-frame during his warranty period.

28.   However, since the sub-frame is not a serviced component, and is not the subject of regular inspections, sub-frame rust damage is typically discovered only by chance or as a result of the direct examination of the car's underside.  In fact, as a result of their design, the Sonata sub-frames corrode from the inside out, and even significant rust is not visible even on a direct visual examination of the car's underside until the sub-frame rusts completely through.  As a result, the corrosion often goes undetected until the structural integrity of the sub-frame is compromised.

29.   Corrosion of metal is a gradual process, and does not happen overnight.  The significant corrosion in the steel of the sub-frame occurs over a period of years.  It follows that a sub-frame failure outside the warranty period is merely the final consequence of premature corrosion that manifested during the warranty period.  For example, the corrosion that caused Plaintiff Cirulli's sub-frame failure at 83,000 miles necessarily existed during the 60-month, 60,000 mile warranty period, and Plaintiff D'Elia observed corrosion on his sub-frame during the warranty period.   Thus, premature sub-frame corrosion within the warranty period, even if it has not led to catastrophic sub-frame failure during the warranty period, is still a defect in the Sonata that is covered by the bumper-to-bumper warranty.

30.   The defective drain hole design and the absence of corrosion-resistant paint caused the Sonata sub-frame to experience an advanced degree of corrosion during the warranty period. Hyundai admitted as much in its response to NHTSA's request for information when it stated that

- 8 -

"the failure mode is progressive and generally manifests itself before any significant failure occurs."

31.     The cost of removing the defective Sonata sub-frame and replacing it with a new Hyundai sub-frame is between $1,200 and $2,000 per vehicle.

32.     The defective drain hole design could have been minimized or eliminated through an economically and technically feasible design alternative: the addition of open drain holes in appropriate places on the underside of the sub-frame.

**E.     Hyundai Adds Drain Holes To The Sonata Sub-Frame Without Telling Consumers**

33.     In November 2003, which was early in the model year production for the 2004 Sonatas, Hyundai changed its design and/or manufacturing process for the Sonata sub-frame without providing any notice to consumers.

34.     The re-designed 2004 sub-frame was materially identical, both in terms of appearance and function, to the sub-frame used between 1999 and early 2004 with one critical exception: it included drain holes placed to encourage road material drainage and air circulation and to prevent premature oxidation, corrosion, and structural deterioration of the sub-frame. *See* Figure 8.



Figure 8 – *2003 Sonata sub-frame with open drain hole*

- 9 -

35.     Hyundai's report to NHTSA of design changes to the sub-frame includes a description of drain holes added so that paint could be applied to the interior cavities of the sub-frame. One engineering drawing points out "corrosion inside areas without paint application." Hyundai believed that the sub-frame corrosion was at least in part due to "lack of protective coating on metal." Hyundai admitted to NHTSA that "road salt contamination may find its way into the interior of the sub-frame and cause corrosion of the inner surfaces. Prolonged exposure to the road salts may result in corrosive damage to the sub-frame."

**F.     Hyundai's Superior Knowledge Of The Sub-Frame Defect**

36.     Throughout the relevant period, Hyundai possessed vastly superior information to that of consumers about the existence and manifestation of the Sonata sub-frame defect.

37.     Since 1999, Hyundai has operated an Overseas Service Quality Center ("OSQC") to process real-time field quality information reports from around the globe, conduct quality surveys, and track Hyundai consumer reports. Through its access to Hyundai Motor Company service records, the OSQC had the ability to, and did, monitor Sonata sub-frame replacements in real-time.

38.     OSQC's real-time reports and surveys enabled Hyundai to monitor the existence and extent of the Sonata sub-frame defect, and what information it learned about the defect should have been provided to Plaintiffs and the Class. To date, Hyundai has not done so. Although Hyundai announced a recall of some of the defective sub-frames in April 2009, it has still not provided notice of the recall to Class members, and the recall does not include all members of the Class. As a result, Hyundai has deprived Plaintiffs and the Class of the knowledge required to seek an inspection or replacement sub-frame to avoid the premature oxidation, corrosion, or structural deterioration of their vehicles.

39.     OSQC's real-time reports and surveys enabled Hyundai to assess the existence and extent of the Sonata sub-frame defect and should have announced a recall of the Sonata sub-frames. To date, Hyundai has not done so.

40.     Since 1999, Hyundai has also constantly tracked the National Highway Traffic Safety Administration ("NHTSA") Office of Defects Investigation database to track reports of

- 10 -

defective Sonata sub-frames.  From this source, Hyundai knew that its 1999-2004 Sonatas were experiencing unusually high levels of sub-frame deterioration, steering control arm separation, steering loss, and highway accidents related to these failures.

**G.    Hyundai Quietly Replaces Sub-Frames on Out-of-Warranty Sonatas**

41.    Hyundai has repaired or replaced certain customers' sub-frames free of charge due to corrosion outside the warranty period, purportedly as a gesture of "goodwill."

42.    Reports Hyundai sent to NHTSA contain several descriptions of sub-frames repaired outside the warranty period due to substantial corrosion.  These reports state that the repair was done as "goodwill."

43.    In its response to the NHTSA, Hyundai states that in more than half of the Vehicle Owner Questionnaires submitted to NHTSA, "the owner sought service and had the crossmember [or sub-frame] replaced under either warranty or goodwill."

44.    Hyundai has not made its internal adjustment program known to all Sonata owners. Only some Sonata owners have had their sub-frames replaced outside the warranty period for free. Others, like Plaintiffs Cirulli and D'Elia, were denied warranty coverage and made to pay for their sub-frame repair out of pocket.

45.    As the Sonata sub-frame problem has become more widely known, Hyundai's defect and secret warranty program have become the subject of discussions on Sonata-related discussion forums on the Internet.  Many people report in these forums that their requests for warranty service were summarily denied at the dealer level as untimely.  However, others have reported that they were able to successfully escalate their complaints beyond the local dealer to a Hyundai regional manager.  One such owner posted that that his dealer told him that there was a "secret recall" in effect.

46.    Although Hyundai has not made its goodwill replacement program known to all Sonata owners, the program constitutes an adjustment program.  If Hyundai represented to the government that more than half of Sonata owners received repairs for free under warranty or goodwill, Hyundai must have instructed its regional managers and dealers to make these "goodwill" repairs.

- 11 -

1   47.   By quietly providing out-of-warranty replacements to only the most vocal and well-

2   informed Class members, Hyundai was able to conceal the scope of the defect from the rest of the

3   Class member, who had no reason to suspect that their Sonata sub-frames were defective or

4   required replacement, much less that they could seek a free repair from Hyundai by successfully

5   elevating consideration of their claim beyond the dealer level.

6   **H.   Hyundai Understood the Sonata's Vulnerability to Undercarriage Corrosion**

7   48.   Hyundai knew that allowing water and road materials to remain in the Sonata sub-

8   frame would unavoidably cause corrosion.  Hyundai's Sonata Owner's Manual stated:

9   Common Causes of Corrosion

10   The most common causes of corrosion on your car are:

11   Road salt, dirt and moisture that is allowed to accumulate underneath
12   the car.

13   *****

14   High-Corrosion Areas
15   If you live in an area where your car is regularly exposed to corrosive
     materials, corrosion protection is particularly important.  Some of the
16   common causes of accelerated corrosion are road salts, dust control
     chemicals, ocean air and industrial pollution.

17   Moisture Breeds Corrosion
18   Moisture creates the conditions in which corrosion is most likely to
     occur.  For example, corrosion is accelerated by high humidity,
19   particularly when temperatures are just above freezing.  In such
     conditions, the corrosive material is kept in contact with the car
20   surfaces by moisture that is slow to evaporate… For all these
21   reasons, *it is particularly important to keep your car clean and free*
     *of mud or accumulations of other materials.  This applies not only*
22   *to the visible surfaces but particularly to the underside of the car.*

23   *****

24   TO HELP PREVENT CORROSION
25   You can help prevent corrosion from getting started by observing the
     following:
26

27   Keep Your Car Clean

28

- 12 -

1   The best way to prevent corrosion is to keep your car clean and free
    of corrosive materials.  Attention to the underside of the car is
2   particularly important.

3   If you live in a high corrosion area – where road salts are used, near
    the ocean, areas with industrial pollution, acid rain, etc. –, you should
4   take extra care to prevent corrosion. *In winter, hose off the*
    *underside of your car at least once a month and be sure to clean*
5   *the underside thoroughly when winter is over.*

6
    *When cleaning underneath the car, give particular attention to the*
7   *components under the fenders and other areas that are hidden*
    *from view.  Do a thorough job; just dampening the accumulated*
8   *mud rather than washing it away will accelerate corrosion rather*
    *than prevent it…*
9

10  *Id.* at pp. 4-2 to 4-3 (emphasis added).

11        49.    Moreover, Hyundai knew that drain holes were a critical component of anti-

12  corrosion protection: *"When cleaning lower door panels, rocker panels and frame members, be*

13  *sure that drain holes are kept open so that moisture can escape and not be trapped inside to*

14  *accelerate corrosion."  Id.* at p. 4-3 (emphasis added).

15        50.    As a result of the hidden nature of the Sonata sub-frame defect and Hyundai's

16  uniform failure to disclose the defective drain-hole design, Plaintiffs and the Class had no reason to

17  know their cars were experiencing premature oxidation, corrosion, or structural deterioration.

18  **I.    NHTSA Launches An Investigation Into The Sub-Frame Defect**

19        51.    On April 22, 2008, NHTSA's Office of Defects Investigation ("ODI") opened a

20  preliminary evaluation in response to "40 complaints alleging front sub-frame corrosion" in 1999-

21  2002 model year Hyundai Sonatas.  The purpose of ODI's investigation was "to assess the scope,

22  frequency and safety consequences" of the Sonata sub-frame defect.

23        52.    ODI described the problem under investigation as: "Front sub-frame corrosion may

24  result in front suspension failure, steering anomalies and/or vehicle disablement due to half-shaft

25  detachment."  It stated, "Complaints indicate that the corrosion is severe ('fist' sized holes in the

26  frame)…"

27

28
                                    - 13 -

53.     Although the subject vehicles have experienced extreme corrosion and structural deterioration, "most [complaints] allege that the corrosion wasn't detected until it resulted in a suspension failure, partial or complete wheel detachment, steering anomaly, and/or sudden vehicle disablement (e.g., half-shaft detachment)."

54.     Noting "an increasing trend in complaints [from 2005 to 2008]...," ODI has also expressed concern that the scope of the Sonata sub-frame corrosion problem is only beginning to come to light.

55.     On August 21, 2008, ODI escalated its Defect Investigation to an Engineering Investigation, and expanded its scope to include 2003 and 2004 Sonatas.  ODI's Investigation Summary stated that Hyundai had identified one crash as a result of the "progressive loss of structural integrity of the sub-frame," where "the lower control arm broke from the vehicle while driving at 55 mph and the driver lost control and drove into a yard."  In the same Summary, ODI reported another incident in which a Sonata "driving around a slight curve at 65 mph on a freeway, [experienced a sub-frame failure] and the driver went off the road."

56.     The presence and known consequences of the Sonata sub-frame defects are amply illustrated, both by Plaintiffs' experiences and by the following summaries of Sonata sub-frame failure narratives submitted to NHTSA.  In the narratives where Hyundai is said to have been notified of the sub-frame failure, it did not provide any relief to the complaining consumer.

> August 25, 2005
> 1999 Hyundai Sonata
> NHTSA ODI No. 10135183
> Passenger side front wheel fell off while driving.  Mechanic showed that the sub-frame was rusted throughout and where the wheel assembly fell off.  Hyundai was contacted, responded that car was not under warranty, and refused to examine car.
>
> June 12, 2006
> 1999 Hyundai Sonata GLS
> NHTSA ODI No. 10183163
> Front passenger wheel began to wobble and caused vehicle to swerve badly.  Mechanic determined that sub-frame was rusted through.  Old sub-frame had only two holes to allow water to drain out.  New sub-frame had eight drain holes.  Neither mechanic nor alignment technician could believe that a vehicle without visible rust could have this problem.

- 14 -

1    July 29, 2006
      1999 Hyundai Sonata GLS
2    NHTSA ODI No. 10165528
      Loud grinding and pounding noise occurred while driving and the
3    right front wheel was found pointing outward.  Service station found
      rotted out sub-frame.  Vehicle showed no signs of rust that would
4    prompt an inspection.  Hyundai dealer denied any history of this type
      of failure.

5
      October 1, 2006
6    2000 Hyundai Sonata
      NHTSA ODI No. 10170308
7    Car alignment appeared off.  Local service station determined
      problem was caused by frame rusting through on the passenger side.
8    Vehicle was towed to a Hyundai dealership.  Due to price of repairs,
      owner planned to sell it to a salvage yard.  The car had been to a
9    Hyundai dealer twice in the previous six months, and rust was not
      identified either time.

10
      October 19, 2006
11   2000 Hyundai Sonata
      NHTSA ODI No. 10178477
12   Sub-frame was found during oil change to be severely rusted and
      unsafe to drive.  Hyundai was contacted and refused to do anything
13   to fix the problem.  The car had 88,000 miles and the original
      muffler.  Repair shop said they had repaired several Hyundai Sonatas
14   over the past year with rust in the same spot on the frame.

15   November 14, 2006
      1999 Hyundai Sonata
16   NHTSA ODI No. 10174152
      While driving, a loud noise came from the front right wheel.  On
17   inspection, the wheel was angled inward.  The dealer determined that
      the sub-frame had fractured due to rust.  Hyundai was notified.

18
      November 20, 2006
19   1999 Hyundai Sonata, NHTSA ODI No. 10174730
      While driving on normal road conditions, right front wheel passed
20   over a dip and began pulling to the right.  The vehicle was lifted and
      the sub-frame where the control arm was attached had rusted.  The
21   vehicle had less than 100,000 miles.  Hyundai was contacted and said
      the sub-frame was not covered by warranty.

22
      November 22, 2006
23   2000 Hyundai Sonata
      NHTSA ODI No. 10175235
24   While driving, the front right wheel folded back against the fender,
      bringing the car to an abrupt stop.  Repair shop found that the sub-
25   frame had rusted through and the control arm had completely broken
      off of the sub-frame.  The car was six years old and had 77,000
26   miles.

27   April 4, 2007
      1999 Hyundai Sonata GLS
28   NHTSA ODI No. 10187165

- 15 -

1
2

> When changing oil, owner noticed a large rust hole on the sub-frame
> and took the car to the dealer who advised to replace the part as soon
> as possible.  Hyundai Consumer Affairs denied a record of this
> failure.

3

**J.      Hyundai Recalls the Sonatas**

4
5

57.      On April 14, 2009, Hyundai notified NHTSA that it was conducting a safety recall

6

of an estimated 175,765 model year 1999-2004 Sonatas manufactured prior to November 20, 2003

7

that are registered and operated in so-called "salt belt" states: the District of Columbia,

8

Connecticut, Delaware, Illinois, Indiana, Iowa, Maine, Maryland, Massachusetts, Michigan,

9

Minnesota, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island,

10
11

Vermont, West Virginia, and Wisconsin.  Hyundai also announced a safety recall of approximately

12

7,498 model year 2001-2004 Hyundai XG300 and XG350s for the same sub-frame defect.

13

58.      According to NHTSA, Hyundai's recall is intended to "remedy a condition where

14

internal corrosion of the front sub-frame may lead to separation of the lower control arm at the

15

forward mounting point and/or separation of the axle from the transaxle.  This could result in a loss

16

of vehicle control and/or vehicle disablement."

17

59.      According to NHTSA, the sub-frames in the recalled Sonatas will be inspected by

18

Hyundai dealers to measure metal thickness.  Sub-frames with perforations from corrosion or with

19

metal below the specified thickness will be replaced with a redesigned sub-frame with a sufficient

20

number of adequately-placed drain holes.  If the minimum metal thickness is met, drainage holes

21

and rust proofing material will be added to the existing sub-frame.

22

60.      In addition, Hyundai's planned recall program will reimburse owners of the recalled

23

vehicles who paid to have their front sub-frame replaced between April 14, 2008 and their receipt

24

of Hyundai's recall notification letter.

25

61.      Because Plaintiff Cirulli replaced his Sonata sub-frame in May 2007, he is not

26

eligible for an out-of-pocket reimbursement under the terms of Hyundai's recall.  Similarly, any

27

other Class members who incurred out of pocket costs to replace their defective Sonata sub-frames

28

prior to April 14, 2008 will not be eligible for reimbursement under the terms of Hyundai's recall

- 16 -

**K.      Plaintiffs and the Class Have Been Damaged**

62.      Plaintiffs and the Class members have suffered actual harm as a result of Defendants' actions because they purchased their Sonatas without any knowledge that these cars contained a material design defect that caused premature oxidation, corrosion, and structural deterioration.

63.      The defective drain-hole design caused the cars owned by Plaintiffs and the Class to experience premature oxidation, corrosion, and structural deterioration that are entirely disproportionate to the age of their vehicles during the warranty period.

64.      The injuries sustained by Plaintiffs and the Class flow from the common nucleus of operative facts surrounding Defendants' misconduct, including: 1) that the Sonata sub-frame had a defective drain-hole design that trapped water and other corrosive elements inside the sub-frame during normal vehicle use; 2) the defective drain-hole design prevented Hyundai from having access to the sub-frame to apply paint to resist corrosion; 3) that the Sonata sub-frame experienced significant oxidation, corrosion, and structural deterioration within the warranty period; 4) that the Sonatas purchased by Plaintiffs and the Class were worth less than promised because of the defective drain-hole design;  5) that Hyundai, despite knowing about the Sonata sub-frame defect as early as 1999 and the serious safety problems posed by the defect, failed to provide any public, class-wide notice about the defective drain-hole design or institute a recall to inspect, repair, or replace the defective Sonata sub-frames until April 2009.  ·

65.      Hyundai's safety recall and reimbursement program fails to remedy all of the injuries suffered by Plaintiffs and the Class, including without limitation:

a)      injuries suffered by Plaintiffs and other Class Members who incurred out-of-pocket losses to replace their defective sub-frames prior to April 18, 2008;

b)      injuries suffered by Class Members whose Sonatas were formerly, but are not presently, registered or operated in "salt belt" states and whose Sonata sub-frames may have already experienced unsafe levels of premature corrosion, but are apparently not included under the recall as announced;

- 17 -

1        c)    injuries suffered by Class Members whose Sonatas are ineligible for

2    Hyundai's recall because they do not reside in "salt belt" states and who, by virtue of the

3    defect, its safety implications, and the publicity surrounding NHTSA's investigation and

4    Hyundai's recall, suffer a diminution in the value of their automobiles because their Sonatas

5    will still contain the defective sub-frame design.

6        66.    Plaintiff's preliminary research suggests that the cost of replacing each defective

7    Sonata sub-frame, including parts and labor, is roughly between $1,200 and $2,000 per vehicle.

8    **L.**    **Active Concealment / Equitable Tolling**

9        67.    At all relevant times, Defendants concealed the existence of the defective drain-hole

10    design through various means and methods, including by operating a "secret recall" for only the

11    most vocal Class Members while failing to inform the Class generally.

12        68.    Plaintiffs did not know about the defect alleged herein, and could not have

13    discovered this defect through the exercise of reasonable diligence until: 1) in the case of Plaintiff

14    Cirulli, May 2007 when his Sonata experienced a control arm separation due to sub-frame failure

15    caused by corrosion and structural deterioration; and 2) in the case of Plaintiff D'Elia, until the

16    breakdown of the sub-frame.

17        69.    As a result of the active concealment of the Sonata sub-frame defect by Defendants,

18    any and all applicable statutes of limitations have been tolled. Alternatively, the defect was

19    essentially self-concealing from consumers, equitably tolling any applicable statute of limitations.

20                **V.**    **CLASS ACTION ALLEGATIONS**

21        70.    Plaintiffs seek certification of a Class defined as follows: "All persons who

22    purchased and/or currently own a 1999-2004 Hyundai Sonata or a 2001-2004 Hyundai XG300 or

23    XG350."

24        71.    Plaintiffs are informed and believe that Hyundai sold well over 200,000 Sonatas and

25    XG300/350s during the Class Period. Accordingly, the Class consists of thousands of individuals

26    nationwide, making individual joinder of all the Class Members impracticable.

27        72.    The Class expressly disclaims any recovery for physical injury flowing from

28    accidents caused by sub-frame failure or for damage to property other than the sub-frame or

- 18 -

attached components due to sub-frame failure.  Nevertheless, the increased risk of highway accidents from sub-frame failure is an obvious consequence of Defendants' defective design and manufacture, and serves as an independent justification for the relief sought by the Plaintiffs and the Class.

73.  The Class can be readily identified using sales records, warranty records, and other information kept by Defendants or third parties in the usual course of business and presently within their control.

74.  Questions of law and fact are common to the Plaintiff Class and predominate over questions affecting only individual members, including, *inter alia*, the following:

a)  Whether the Sonata sub-frame is defective because it lacked a sufficient number of drain holes;

b)  Whether the Sonata sub-frame is defective because it lacked a sufficient number of drain holes placed in proper areas on the sub-frame to allow adequate drainage and air circulation;

c)  Whether the Sonata sub-frame is defective because it lacked properly placed paint in sufficient amounts to prevent corrosion of the sub-frame;

d)  Whether the alleged conduct by Defendants violated laws as alleged in this Complaint;

e)  Whether Defendants concealed the defective drain hole design;

f)  Whether Defendants breached express warranties made to Plaintiffs and the Class by selling Sonatas with defective sub-frames;

g)  Whether Defendants engaged in unfair, unlawful and/or fraudulent business practices by failing to disclose that the Sonatas were designed, manufactured and sold with defective sub-frames.

h)  Whether Defendants violated California law, including the Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq.*and/or California's Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1750, *et seq.*;

- 19 -

i)      Whether Plaintiffs and the members of the Class are entitled to equitable and/or injunctive relief;

j)      Whether Defendants' unlawful, unfair and/or deceptive practices harmed Plaintiffs and the members of the Class; and

k)      Whether Defendants were unjustly enriched by their deceptive practices.

75.     Plaintiffs' claims are typical of the claims of the Class members as described above, and arise from the same course of conduct by Hyundai.  The relief Plaintiffs seek is typical of the relief sought for the absent Class members.

76.     Plaintiffs will fairly and adequately represent and protect the interests of all absent Class members.  Plaintiffs are represented by counsel competent and experienced in both consumer protection and class action litigation.

77.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy, since joinder of all the individual Class members is impracticable.  Furthermore, because the damages suffered, and continued to be suffered, by each individual Class member may be relatively small, the expense and burden of individual litigation would make it very difficult or impossible for individual Class members to redress the wrongs done to each of them individually and the burden imposed on the judicial system would be enormous.

78.     The prosecution of separate actions by the individual Class members would create a risk of inconsistent or varying adjudications with respect to individual Class members, which would establish incompatible standards of conduct for Defendants.  In contrast, the conduct of this action as a class action presents far fewer management difficulties, conserves judicial resources and the parties' resources, and protects the rights of each Class member.

## VI.     CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### Violation of the California Consumers Legal Remedies Act
### (Cal. Civ. Code §§ 1750, et seq.)

79.     Each of the preceding paragraphs is incorporated by reference as though fully set forth herein.

- 20 -

1        80.    Plaintiffs assert this claim for violation of the CLRA on behalf of themselves and

2  the members of the Class.

3        81.    Plaintiffs and the members of the Class are consumers who purchased goods (e.g.,

4  automobiles) from Defendants for personal, family, or household purposes.

5        82.    Representing that goods (including automobiles) have approvals, characteristics,

6  uses, or benefits which they do not have, and advertising goods with intent not to sell them as

7  advertised constitute unfair or deceptive trade practices under the provisions of the CLRA, Cal.

8  Civ. Code §§ 1770(a)(5), (14), and (17).

9        83.    Defendants uniformly failed to disclose material information to Plaintiffs and the

10  Class including: 1) that the Sonata sub-frame had a defective drain-hole design that trapped water

11  and other corrosive elements inside the sub-frame during normal vehicle use; 2) the defective

12  drain-hole design prevented Hyundai from having access to the sub-frame to apply paint to resist

13  corrosion; 3) that the Sonata sub-frame experienced significant oxidation, corrosion, and structural

14  deterioration within the warranty period; 4) that the Sonatas purchased by Plaintiffs and the Class

15  were worth less than promised because of the defective drain-hole design; and 5) and that the

16  Sonata sub-frame made the Class' vehicles particularly susceptible to sub-frame failure, wheel

17  separation, and loss of vehicle control under normal driving conditions.

18        84.    These omissions were material to Plaintiffs and the Class.  Premature corrosion

19  affects the safety and durability of the Sonatas, especially where, as here, the corrosion is occurring

20  in a place on the car where owners cannot see it.  Even if an owner were to look under the car,

21  Hyundai's incident reports reflect that the corrosion begins from the interior of the sub-frame,

22  where it is not visible.  If Plaintiffs and the Class had known that the Sonata sub-frame had no

23  corrosion protection and in fact, corrosion was accelerated due to the inadequate number and

24  placement of drain holes, thereby weakening the structural integrity of the Sonata, Plaintiffs and

25  the Class would not have purchased their Sonatas.

26        85.    Despite its early knowledge of the defective drain-hole design, Defendants

27  uniformly concealed this defect from consumers.

28

86.     Plaintiffs and the members of the Class have been directly and proximately injured by Defendants' conduct.

87.     Pursuant to Cal. Civ. Code § 1780(a), Plaintiffs seek an order enjoining Defendants from engaging in the methods, acts, or practices alleged herein and requiring it to inspect and/or replace all of the Sonata sub-frames.

88.     Pursuant to Cal. Civ. Code § 1782(d), Plaintiffs seek actual damages, payment of restitution to Plaintiffs and the Class, punitive damages, attorneys' fees and costs, and other relief this Court deems proper.

**SECOND CAUSE OF ACTION**
**Violation of the California Unfair Competition Law,**
**(Cal. Bus. & Prof. Code §§ 17200, et seq.)**

89.     Each of the preceding paragraphs is incorporated by reference as though fully set forth herein.

90.     Plaintiffs assert this claim for violations of California's UCL, Bus. & Prof. Code §§ 17200, *et seq.*, on behalf of themselves and the Class members.

91.     Defendants' omissions and concealment as alleged herein, including without limitation its violation of the CLRA as alleged above, constitute unfair, unlawful and deceptive trade practices that had the capacity to, and did, deceive consumers in violation of the UCL.

92.     All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of Defendants' business.  Defendants' wrongful conduct is part of a pattern or generalized course of conduct that is still perpetuated and repeated, both in the State of California and nationwide.

93.     Plaintiffs have suffered an injury in fact, including the loss of money or property, as a result of Defendants' unfair, unlawful and/or deceptive practices.

94.     Plaintiffs request that this Court enter such orders or judgments as may be necessary to: enjoin Defendants from continuing their unfair, unlawful, and/or deceptive practices; restore to the Class members any money Hyundai acquired by unfair competition; and disgorge any profits Hyundai received as a result of its unfair, unlawful and/or deceptive practices, as provided in Cal. Bus. & Prof. Code § 17203 and Cal. Civ. Code § 3345; and for such other relief set forth below.

- 22 -

**THIRD CAUSE OF ACTION**
<u>Violation of the Magnuson-Moss Warranty Act,</u>
<u>(15 U.S.C. §§ 2301 et seq.)</u>

95. Each of the preceding paragraphs is incorporated by reference as though fully set forth herein.

96. Plaintiffs assert this claim on behalf of themselves and the Class members.

97. Plaintiffs are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(c).

98. Hyundai is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5).

99. The Sonatas are "consumer products" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

100. Hyundai's express warranties are written warranties within the meaning of the Magnuson Moss Warranty Act, 15 U.S.C. § 2301(6). Hyundai breached its express warranties by selling Sonatas with sub-frames that were defective in design, material, and workmanship, which caused the sub-frame to prematurely corrode and/or fail prematurely; and by refusing to repair or replace the sub-frames free of charge, and instead requiring consumers to pay the cost of repair.

101. The amount in controversy of Plaintiffs' individual claims meets or exceeds the sum of $25. The amount in controversy of this action exceeds the sum of $50,000, exclusive of interest and costs, computed on the basis of all claims to be determined in this lawsuit.

102. Requiring an informal dispute settlement procedure, or affording Hyundai a reasonable opportunity to cure its breach of written warranties, would be unnecessary and futile. At the time of sale of each Sonata, Hyundai knew, should have known, or was reckless in not knowing of its misrepresentations concerning the sub-frame's inability to perform as warranted, but nonetheless failed to rectify the situation and/or disclose the defective drain-hole design. Under the circumstances, the remedies available under any informal settlement procedure would be inadequate and any requirement – whether under the Magnuson-Moss Warranty Act or otherwise—that Plaintiffs resort to an informal dispute resolution procedure and/or afford Hyundai a reasonable opportunity to cure its breach of warranties is excused and thereby deemed satisfied

- 23 -

## FOURTH CAUSE OF ACTION
### Breach of Express Warranty

103.    Each of the preceding paragraphs is incorporated by reference as though fully set forth herein.

104.    Plaintiffs assert this claim for breach of express warranty on behalf of themselves and the members of the Class.

105.    Defendants, their authorized agents, and/or sales representatives expressly represented and warranted to Plaintiffs and members of the Class by and through oral and written statements, descriptions, and affirmations of fact in product advertisements, marketing materials, its web site, and other written materials intended for the general public, that the Sonata was safe and fit for its proper and intended uses, and contained no defects in material or workmanship.

106.    Hyundai expressly represented and warranted the Sonata against defects in material or workmanship as follows:

**WARRANTOR**

Hyundai Motor America (HMA) warrants your new Hyundai vehicle pursuant to the limited warranties described in this handbook.  All warranty coverages indicated in this Owner's Handbook apply to the vehicle regardless of a change in ownership and are transferable to subsequent owners.

****

**WHAT IS COVERED**

Repair or replacement of any component originally manufactured or installed by Hyundai Motor Company or Hyundai Motor America (HMA) that is found to be defective in material or workmanship under normal use and maintenance, except any item specifically referred to in the section "What is Not Covered".

**WARRANTY PERIOD**

The warranty period is limited to 60 months from the date of original retail delivery or date of first use, or 60,000 miles, whichever occurs first.

See Hyundai Sonata Owner's Handbook at pp. 15-16.  Hyundai publicizes these statements to Sonata buyers, and understands that the nature of its warranty and the quality of its design and workmanship are material to Sonata buyers.

- 24 -

Case No. SACV08-00854 AG(MLGx)

107.    Hyundai expressly warranted that its cars had "[l]ayers of anti-corrosion protection" that "helps body resist corrosion" for "longer body life."

108.    These express warranties related to and covered qualities and features of the Sonatas that were material to Plaintiff and the Class members.

109.    Plaintiffs and the Class members relied upon these express warranties in purchasing their Sonatas.

110.    At the time it made these express warranties, Hyundai knew the purposes for which the Sonatas were intended to be used, and warranted the Sonatas as safe and fit for such purposes.

111.    At the time it made these express warranties, Hyundai knew that the Sonatas did not conform to its express representations, because the Sonatas were neither as safe nor as fit as Defendants represented.  Defendants nevertheless continued to market Sonatas by means of false and misleading information as alleged herein without regard to their actual safety or fitness.

112.    The Sonatas purchased by Plaintiffs and the members of the Class did not conform to Hyundai's promises, descriptions, or affirmations of fact, because they are not free from defects in materials and/or workmanship.  The Sonata sub-frames contain a defective drain-hole design that provided insufficient drainage and prevented Hyundai from applying corrosion-resistant paint.  As a result, the Sonata sub-frame (and surrounding parts in the front suspension and steering system) experienced significant oxidation, corrosion, and structural deterioration during the warranty period entirely disproportionate to its age.

113.    Corrosion is a gradual process that eventually leads to mechanical failure.  Hyundai has received reports of corrosion in the Sonata sub-frames during the warranty period but, due to the inaccessible location of the sub-frame and the hidden nature of sub-frame corrosion, most Sonata owners will not learn about the defective drain hole design or its effects until they experience a sub-frame failure.  However, as discussed above, the date on which a Sonata owner discovers his/her sub-frame corrosion has no bearing on when that corrosion began and, due to the nature of corrosion and the sub-frame, any corrosion discovered after the warranty period very likely began within the warranty period.  Premature sub-frame corrosion within the warranty period, even if it has not led to catastrophic sub-frame failure during the warranty period, is still a

- 25 -

1   defect in the Sonata that is covered by the bumper-to-bumper warranty.  It follows that a sub-frame

2   failure, just outside the warranty period, is merely the final consequence of premature corrosion

3   that manifested during the warranty period.

4         114.   The Sonata sub-frame defect can be readily cured by replacing the existing sub-

5   frame with a new sub-frame that includes drain holes in appropriate areas on the sub-frame and by

6   applying paint to the sub-frame for corrosion resistance.

7         115.   Plaintiffs and the Class members have incurred damages as described herein as a

8   direct and proximate result of Hyundai's failure to honor its express warranty.

9         116.   Hyundai's failure to institute a class-wide recall of the Sonata sub-frame, despite its

10  knowledge or the defective drain-hole design, has also caused Plaintiffs and the Class members to

11  suffer additional consequential and incidental damages for which they are entitled to

12  reimbursement.

13  **VII.   PRAYER FOR RELIEF**

14        WHEREFORE, Plaintiffs, individually and on behalf all others similarly situated,

15  respectfully request that this Court enter a judgment against Defendants and in favor of Plaintiffs,

16  and grant the following relief:

17        A.   Determine that this action may be maintained as a Class action with respect

18        to the Class identified herein; certify a class action, with respect to particular issues if

19        appropriate; and designate and appoint Plaintiffs and their counsel to serve as Class

20        Representatives and Class Counsel;

21        B.   Declare, adjudge and decree the conduct of the Defendants as alleged herein

22        to be unlawful, unfair and/or deceptive;

23        C.   Grant Plaintiffs and Class members awards of actual, compensatory,

24        punitive and/or exemplary damages in such amount to be determined at trial or as provided

25        by applicable law;

26        D.   Restore to Plaintiffs and Class members all money or property that may have

27        been acquired by means of the conduct alleged herein, and order the disgorgement all

28        profits received by Defendants due to their unlawful, unfair and/or deceptive practices;

- 26 -

E.      Require Defendants to stop the unlawful, unfair and deceptive conduct

alleged herein and/or notify Class members about the Sonata sub-frame defect at Hyundai's

expense, and to pay for inspections and/or replacement of all Sonata sub-frames;

F.      Grant Plaintiffs and Class members an award of statutory damages,

attorney's fees and costs;

G.      Grant Plaintiffs and the Class members their costs of suit, including

reasonable attorneys' fees, and expenses as provided by law; and

H.      Grant Plaintiffs and the Class members such other, further, and different

relief as the nature of the case may require or as may be determined to be just, equitable,

and proper by this Court.

## VIII.   JURY TRIAL DEMAND

Plaintiff, by counsel, requests a trial by jury on those causes of actions set forth herein.

DATED: July 6, 2009

By: _____
Elaine T. Byszewski (SBN 222304)
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA  90017
Tel. (213) 330-7150
Fax (213) 330-7152
E-mail: elaine@hbsslaw.com

Robert B. Carey
Amy M. Wilkins (CA SBN 215084)
Hagens Berman Sobol Shapiro LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Tel. (602) 840-5900
Fax (602) 840-3012
E-mail: rcarey@hbsslaw.com
E-mail: amyw@hbsslaw.com

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com

- 27 -

David J. Cohen
Patrick Howard
Saltz Mongeluzzi Barrett & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA  19103
Tel. (215) 496-8282
Fax (215) 575-3894
Email: dcohen@smbb.com
Email: phoward@smbb.com

Joseph C. Kohn
William E. Hoese
Craig W. Hillwig
Kohn Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA  19107
Tel. (215) 238-1700
Fax (215) 238-1968
E-mail: whoese@kohnswift.com
E-mail: chillwig@kohnswift.com

*Attorneys for Plaintiffs and the Class*

- 28 -

**PROOF OF SERVICE**

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 700 S. Flower Street, Suite 2940, Los Angeles, CA, 90017.

On July 6, 2009, I served the foregoing document(s) described a

**FOURTH AMENDED CLASS ACTION COMPLAINT**

On all interested parties in this action as follows:

[X]   **BY E-MAIL**

By causing the above listed document to be served by E-MAIL from Sharon L. Soble to the e-mail addresses as follows:  SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 6th day July, 2009.

_____
Sharon L. Soble

- 1 -
**PROOF OF SERVICE**

**Nicholas Cirulli, individually and on behalf of all others similarily situated v.**
**Hyundai Motor Company and Hyundai Motor America**
United States District Court, Central District of California
Case No. SACV08-00854 AG(MLGx)

SERVICE LIST

| PLAINTIFFS' COUNSEL | |
|---|---|
| ELAINE T. BYSZEWSKI<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>700 South Flower Street, Suite 2940<br>Los Angeles, CA 90017<br>Tel: (213) 330-7150<br>Fax: (213) 330-7152<br>Elaine@hbsslaw.com<br><br>(Service via email) | ROBERT CAREY<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>2425 East Camelback Road, Suite 650<br>Phoenix, AZ 85016<br>Tel: (602) 840-5900<br>Fax: (602) 840-3012<br>Rob@hbsslaw.com<br><br>(Service via email) |
| AMY WILKINS<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>2425 East Camelback Road, Suite 650<br>Phoenix, AZ 85016<br>Tel: (602) 840-5900<br>Fax: (602) 840-3012<br>AmyW@hbsslaw.com | DAVID J. COHEN<br>**SALTZ MONGELUZZI BARRETT&**<br>**BENDESKY, P.C.**<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>Tel: (215) 496-8282<br>Fax: (215) 575-3894<br>DCohen@smbb.com<br><br>(Service via email) |
| PATRICK HOWARD<br>**SALTZ MONGELUZZI BARRETT&**<br>**BENDESKY, P.C.**<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>Tel: (215) 496-8282<br>Fax: (215) 575-3894<br>PHoward@smbb.com<br><br>(Service via email) | WILLIAM HOESE<br>**KOHN SWIFT & GRAF, P.C.**<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 191007<br>Tel: (215) 238-1700<br>Fax: (215) 238-1968<br>Whose@kohnswift.com<br><br>(Service via email) |

| CRAIG HILLWIG<br>**KOHN SWIFT & GRAF, P.C.**<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 191007<br>Tel: (215) 238-1700<br>Fax: (215) 238-1968<br>CHillwig@kohnswift.com<br><br>(Service via email) | |
|---|---|
| **DEFENDANT'S COUNSEL** | |
| Todd E. Gordinier<br>BINGHAM MCCUTCHEN LLP<br>600 Anton Boulevard, 18th Floor<br>Costa Mesa, CA 92626-1924<br>Tel: (714) 830-0600<br>Fax: (714) 830-0700<br>Todd.Gordinier@bingham.com<br><br>(Service via email) | MICHAEL L. KIDNEY<br>**HOGAN & HARTSON LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004-1109<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>Mlkidney@hhlaw.com<br><br>(Service via email) |
| KEVIN S. WILLEN<br>**HOGAN & HARTSON LLP**<br>555 Thirteenth Street, NW<br>Washington, DC 20004-1109<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>kswillen@hhlaw.com<br><br>(Service via email) | |