1  Todd E. Gordinier (Cal. Bar No. 82200)
   Craig A. Taggart (Cal. Bar No. 239168)
2  BINGHAM MCCUTCHEN LLP
   600 Anton Boulevard
3  18th Floor
   Costs Mesa, CA 92626-1924
4  Telephone: 714.830.0600
   Facsimile: 714.830.0700
5  Email: todd.gordinier@bingham.com

6  Attorneys for Defendant
   HYUNDAI MOTOR AMERICA
7
   Elaine Byszewski (Cal. Bar No. 222304)
8  HAGENS BERMAN SOBOL SHAPIRO LLP
   700 South Flower Street, Suite 2940
9  Los Angeles, CA 90017
   Telephone:  (213) 330-7150
10 Facsimile:  (213) 330-7152
   E-mail:  elaine@hbsslaw.com
11
   Attorneys for Plaintiffs
12 NICHOLAS CIRULLI & ROBERT D'ELIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS6

13

14                 UNITED STATES DISTRICT COURT

15               CENTRAL DISTRICT OF CALIFORNIA

16

17  NICHOLAS CIRULLI and ROBERT          Case No. SACV08-00854 AG(MLGx)
    D'ELIA, individually and on behalf of all
    others similarly situated,            [PROPOSED] JUDGMENT

18
                Plaintiffs,
19
          v.
20
    HYUNDAI MOTOR AMERICA, et al.
21
                Defendants.
22

23

24

25

26

27

28

1    Pursuant to the Order Approving Class Action Settlement, FINAL

2    JUDGMENT is hereby entered in this civil action. All claims are hereby

3    DISMISSED WITH PREJUDICE. This judgment does not operate as a dismissal

4    of any claims of absent class members who properly requested exclusion from the

5    Class in the time and manner provided for in the Class Notice.

6

7    DATED: MAY 24, 2011

8

9                                        HON. ANDREW J. GUILFORD
                                         UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28